# Court of Appeals
# of the State of Georgia

ATLANTA,___May 31, 2012___

*The Court of Appeals hereby passes the following order:*

## A12A0293.  ROBERTSON v. U.S. BANK, NA.

It appearing that appellant, pro se, has failed to file a brief as required by the Rules of the Court of Appeals.  And that such brief was due on October 26, 2011.

Therefore, it is hereby ordered that this appeal is DISMISSED pursuant to Court of Appeals Rules 13, 22(a) and 25(a).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*_05/31/2012_____
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*